FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 JUN 27 PM 3:52

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ZAMBEZIA FILM (PTY.) LTD., )
)
    Plaintiff, )
)
v. ) CASE NO. CV413-016
)
DOES 1-33, )
)
    Defendants. )
_____ )

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 5.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have not filed an answer in this case, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of June 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA